Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Las Vegas Sands Corp.
Sands Aviation, LLC, and Las Vegas Sands, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR LAS VEGAS SANDS CORP., SANDS AVIATION, LLC, AND LAS VEGAS SANDS, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(*First Request*) |

Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston, and Ronald Williamson (collectively "Plaintiffs") and Defendants Las Vegas Sands, LLC, Sands Aviation, LLC, and Las Vegas Sands Corp. (collectively Defendants), by and through their respective counsel of record, hereby stipulate to an extension of time up to and including May 3, 2017 for Defendants to respond to Plaintiffs' Complaint. The present deadline is April 19, 2017.

This is the parties' first request for an extension of time to respond to the Complaint. It is being made to allow Defendants time to research the facts and circumstances underlying the allegations contained in the Complaint and prepare and review the response.

This request is not intended for delay, and is made in good faith.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED this 14th day of April, 2017. | DATED this 14th day of April, 2017. |
| LAGOMARSINO LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Andre M. Lagomarsino | /s/ Dana B. Salmonson |
| Andre M. Lagomarsino, Esq.<br>3005 West Horizon Ridge Parkway<br>Suite 241<br>Henderson, NV 89052<br><br>*Attorney for Plaintiffs* | Anthony L. Martin, Esq.<br>Dana B. Salmonson, Esq.<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants Las Vegas Sands Corp. Sands Aviation, LLC, and Las Vegas Sands, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

April 14, 2017
Dated