| | |
|---|---|
| 1 | DOMINICA C. ANDERSON (SBN 2988) |
| | TYSON E. HAFEN (SBN 13139) |
| 2 | **DUANE MORRIS LLP** |
| | 100 N. City Parkway, Suite 1560 |
| 3 | Las Vegas, NV 89106 |
| | T: 702.868.2600; F: 702.385.6862 |
| 4 | Email: dcanderson@duanemorris.com |
| |         tehafen@duanemorris.com |
| 5 | |
| | Attorneys for Defendant *Interface* |
| 6 | *Operations LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS LLC, a Foreign Limited-Liability Company, <br><br> Defendants. | Case No.: 2:17-cv-00880-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR INTERFACE OPERATIONS LLC TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs SEAN KENNEDY, ANDREW SNIDER, CHRISTOPHER WARD, RANDALL WESTON, and RONALD WILLIAMSON (collectively "Plaintiffs") and defendant INTERFACE OPERATIONS LLC ("Interface" or "Defendant"), that Interface shall have up to and including **May 3, 2017** within which to respond to Plaintiffs' complaint and demand for jury trial ("Complaint"), which was filed with this Court on March 27, 2017 (ECF No. 1). The present deadline to respond is April 19, 2017.

This stipulation has been agreed to in order to allow Interface additional time to research the facts and circumstances underlying the allegations contained in the Complaint. This is the undersigned

parties' first request for extension of time for Interface to respond to the Complaint.  This request is not intended for delay, and is made in good faith.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 18, 2017                     Dated: April 18, 2017

**LAGOMARSINO LAW**                       **DUANE MORRIS LLP**

By     /s/ *Andrew M. Lagomarsino*        By:   /s/ *Dominica C. Anderson*
    Andre M. Lagomarsino (SBN 6711)       Dominica C. Anderson (SBN 2988)
                                          Tyson E. Hafen (SBN 13139)

*Attorneys for Plaintiffs*

*Attorneys for Defendant Interface Operations LLC*

## ORDER

**IT IS SO ORDERED** this  18th  day of April, 2017.

_____
U.S. MAGISTRATE JUDGE