**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
T: (702) 383-2864
F: (702) 383-0065
*Attorney for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*
*Randall Weston, and Ronald Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER; individual, CHRISTOPHER WARD; individual, RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS LLC, a Foreign Limited-Liability Company<br><br>Defendants. | CASE NO.: 2:17-cv-00880<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR PLAINTIFFS TO RESPOND TO ECF NO. #18**<br><br>(***first request***) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SEAN KENNEDY, ANDREW SNIDER, CHRISTOPHER WARD, RANDALL WESTON, and RONALD WILLIAMSON, ("Plaintiffs") by and through their respective counsel of record, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW; Defendant INTERFACE OPERATIONS LLC ("Interface"), by and through its local respective counsel of record, TYSON E. HAFEN, ESQ. of DUANE MORRIS LLP and Pro Hac Vice counsel of record, STANLEY WEINER, ESQ. and

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, Suite 241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

BRENT D. KNIGHT, ESQ., of JONES DAY; Defendants LAS VEGAS SANDS CORP., SANDS AVIATION, LLC, and LAS VEGAS SANDS, LLC, (collectively "Sands") by and through its respective counsel of record, ANTHONY L. MARTIN, ESQ. and DANA B. SALMONSON, ESQ. of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., that Plaintiffs shall have up to and including **May 31, 2017** within which to respond to Defendant Interface Operations LLC's Motion to Dismiss Plaintiff's Complaint Under Fed.R.Civ.P.12(B)(6)(ECF No. 18).

Defendant Interface Operations LLC's Motion to Dismiss Plaintiff's Complaint Under Fed.R.Civ.P.12(B)(6)(ECF No. 18) was originally filed on May 3, 2017. The current deadline for Plaintiffs to file a responsive pleading is due May 17, 2017.

This is the Plaintiffs' first request for an extension of time for Plaintiffs to respond to Defendant Interface Operations LLC's Motion to Dismiss Plaintiff's Complaint Under Fed.R.Civ.P.12(B)(6)(ECF No. 18).

This request is not intended for delay, and is made in good faith.

**IT IS SO STIPULATED AND AGREED.**

DATED this 12th day of May, 2017.           DATED this 12th day of May, 2017.

**LAGOMARSINO LAW**                         **OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.**

  /s/ Andre M. Lagomarsino                    Dana B. Salmonson
Andre M. Lagomarsino, Esq. (#6711)          Dana B. Salmonson, Esq.
3005 West Horizon Ridge Parkway, Suite 241  Anthony L. Martin, Esq.
Las Vegas, Nevada 89052                     3800 Howard Hughes Parkway, Suite 1500
*Attorney for Plaintiffs Sean Kennedy,*     Las Vegas, Nevada 89169
*Andrew Snider, Christopher Ward,*          *Attorneys for Defendants Las Vegas Sands*
*Randall Weston, and Ronald Williamson*     *Corp., Sands Aviation, LLC, and Las Vegas*
                                            *Sands, LLC*

/ / /

DATED this 12th day of May, 2017.

**DUANE MORRIS LLP**

___/s/ Tyson E. Hafen_____
Tyson E. Hafen, Esq.
Dominica C. Anderson, Esq.
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
*Attorneys for Defendant Interface Operations LLC*

DATED this 12th day of May, 2017.

**JONES DAY**

___/s/ Stanley Weiner_____
Stanley Weiner, Esq.
Brent D. Knight, Esq.
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
*Attorneys Admitted Pro Hac Vice for Interface Operations LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 15, 2017