**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
T: (702) 383-2864
F: (702) 383-0065
*Attorney for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*
*Randall Weston and Ronald Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER; individual, CHRISTOPHER WARD; individual, RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS LLC, a Foreign Limited-Liability Company<br><br>Defendants. | CASE NO.: 2:17-cv-00880<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR PLAINTIFFS TO RESPOND TO ECF NO. #19**<br><br>(*second request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SEAN KENNEDY, ANDREW SNIDER, CHRISTOPHER WARD, RANDALL WESTON, and RONALD WILLIAMSON, ("Plaintiffs") by and through their respective counsel of record, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW; Defendant INTERFACE OPERATIONS LLC ("Interface"), by and through its local respective counsel of record, TYSON E. HAFEN, ESQ. of DUANE MORRIS LLP and Pro Hac Vice counsel of record, STANLEY WEINER, ESQ. and

BRENT D. KNIGHT, ESQ., of JONES DAY; Defendants LAS VEGAS SANDS CORP., SANDS AVIATION, LLC, and LAS VEGAS SANDS, LLC, (collectively "Sands") by and through its respective counsel of record, ANTHONY L. MARTIN, ESQ. and DANA B. SALMONSON, ESQ. of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., that Plaintiffs shall have up to and including **June 14, 2017** within which to respond to Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion for Partial Dismissal of Plaintiffs' Complaint and/or Request for More Definite Statement (ECF No. 19). Additionally, Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC shall have up to and including **June 28, 2017** within which to file their reply brief.

Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion for Partial Dismissal of Plaintiffs' Complaint and/or Request for More Definite Statement (ECF No. 19) was originally filed on May 3, 2017. The current deadline for Plaintiffs to file a responsive pleading is due May 31, 2017.

This is the Plaintiffs' second request for an extension of time for Plaintiffs to respond Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion for Partial Dismissal of Plaintiffs' Complaint and/or Request for More Definite Statement (ECF No. 19).

This request is not intended for delay, and is made in good faith as Plaintiffs' Counsel recently experienced a sudden death in his family.

//

//

//

//

**IT IS SO STIPULATED AND AGREED.**

DATED this 30th day of May, 2017.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino, Esq.*
_____
Andre M. Lagomarsino, Esq. (#6711)
3005 West Horizon Ridge Parkway, Suite 241
Las Vegas, Nevada 89052
*Attorney for Plaintiffs Sean Kennedy,
Andrew Snider, Christopher Ward,
Randall Weston and Ronald Williamson*

DATED this 30th day of May, 2017.

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Dana B. Salmonson, Esq.*
_____
Dana B. Salmonson, Esq.
Anthony L. Martin, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendants Las Vegas Sands
Corp., Sands Aviation, LLC, and Las Vegas
Sands, LLC*

DATED this 30th day of May, 2017.

**DUANE MORRIS LLP**

*/s/ Tyson E. Hafen, Esq.*
_____
Tyson E. Hafen, Esq.
Dominica C. Anderson, Esq.
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
*Attorneys for Defendant Interface Operations
LLC*

DATED this 30th day of May, 2017.

**JONES DAY**

*/s/ Stanley Weiner, Esq.*
_____
Stanley Weiner, Esq.
Brent D. Knight, Esq.
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
*Attorneys Admitted Pro Hac Vice for Interface
Operations LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

May 30, 2017
DATED: _____.