**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
T: (702) 383-2864
F: (702) 383-0065
*Attorney for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*
*Randall Weston and Ronald Williamson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER; individual, CHRISTOPHER WARD; individual, RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS LLC, a Foreign Limited-Liability Company<br><br>Defendants. | CASE NO.: 2:17-cv-00880<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR PLAINTIFFS TO RESPOND TO ECF NO. #20**<br><br>(*second request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SEAN KENNEDY, ANDREW SNIDER, CHRISTOPHER WARD, RANDALL WESTON, and RONALD WILLIAMSON, ("Plaintiffs") by and through their respective counsel of record, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW; Defendant INTERFACE OPERATIONS LLC ("Interface"), by and through its local respective counsel of record, TYSON E. HAFEN, ESQ. of DUANE MORRIS LLP and Pro Hac Vice counsel of record, STANLEY WEINER, ESQ. and

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, Suite 241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

BRENT D. KNIGHT, ESQ., of JONES DAY; Defendants LAS VEGAS SANDS CORP., SANDS AVIATION, LLC, and LAS VEGAS SANDS, LLC, (collectively "Sands") by and through its respective counsel of record, ANTHONY L. MARTIN, ESQ. and DANA B. SALMONSON, ESQ. of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., that Plaintiffs shall have up to and including **June 14, 2017** within which to respond to Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion to Strike Portions of Plaintiffs' Complaint (ECF No. 20). Additionally, Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC shall have up to and including **June 28, 2017** within which to file their reply brief.

Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion to Strike Portions of Plaintiffs' Complaint (ECF No. 20) was originally filed on May 3, 2017. The current deadline for Plaintiffs to file a responsive pleading is due May 31, 2017.

This is the Plaintiffs' second request for an extension of time for Plaintiffs to respond Defendants Las Vegas Sands Corp., Sands Aviation, LLC, and Las Vegas Sands, LLC's Motion to Strike Portions of Plaintiffs' Complaint (ECF No. 20).

This request is not intended for delay, and is made in good faith as Plaintiffs' Counsel recently experienced a sudden death in his family.

**IT IS SO STIPULATED AND AGREED.**

DATED this 30th day of May, 2017.            DATED this 30th day of May, 2017.

**LAGOMARSINO LAW**                          **OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.**

*/s/ Andre M. Lagomarsino, Esq.*             */s/ Dana B. Salmonson, Esq.*
_____              _____
Andre M. Lagomarsino, Esq. (#6711)           Dana B. Salmonson, Esq.
3005 West Horizon Ridge Parkway, Suite 241   Anthony L. Martin, Esq.
Las Vegas, Nevada 89052                      3800 Howard Hughes Parkway, Suite 1500
*Attorney for Plaintiffs Sean Kennedy,*      Las Vegas, Nevada 89169
*Andrew Snider, Christopher Ward,*           *Attorneys for Defendants Las Vegas Sands*
*Randall Weston and Ronald Williamson*       *Corp., Sands Aviation, LLC, and Las Vegas*

*Sands, LLC*

| | |
|---|---|
| DATED this 30th day of May, 2017. | DATED this 30th day of May, 2017. |
| **DUANE MORRIS LLP** | **JONES DAY** |
| */s/ Tyson E. Hafen, Esq.* | */s/ Stanley Weiner, Esq.* |
| Tyson E. Hafen, Esq.<br>Dominica C. Anderson, Esq.<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>*Attorneys for Defendant Interface Operations LLC* | Stanley Weiner, Esq.<br>Brent D. Knight, Esq.<br>North Point, 901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>*Attorneys Admitted Pro Hac Vice for Interface Operations LLC* |

**IT IS SO ORDERED.**

_____
\_\_ UNITED STATES MAGISTRATE JUDGE

DATED: 6-5-2017