Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Las Vegas Sands Corp.
Sands Aviation, LLC, and Las Vegas Sands, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company; LAS VEGAS SANDS, LLC, a Domestic Limited-Liability Company; INTERFACE OPERATIONS, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>(***First Request***)<br><br>Current Date: July 13, 2017<br>Current Time: 11:00 a.m.<br>Location: LV Courtroom 3D<br>Judge: Magistrate Ferenbach |

Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston, and Ronald Williamson (collectively referred to as "Plaintiffs") and Defendant Sands Aviation, LLC ("Defendant")[1] by and through their respective counsel of record, hereby stipulate to continue the

---

[1] On July 5, 2017, the Court granted Defendants Motion for Partial Dismissal, without prejudice, dismissing Las Vegas Sands Corp. and Las Vegas Sands, LLC's from this action. (ECF No. 46.) The Court also granted Defendant Interface Operations, LLC's Motion to Dismiss, without prejudice, dismissing it from this action. (*Id.*)

hearing on Defendant's Motion to Strike Portions of Plaintiffs' Complaint (ECF No. 20) presently scheduled for Thursday, July 13, 2017 at 11:00 a.m. This is the parties' first request to continue the hearing and is made at the request of counsel. Defendant's counsel has a scheduling conflict, and the request is not intended for purposes of delay.

Therefore, the parties request that the hearing be rescheduled for one of the following dates: August 2nd, 3rd, or 11th.

**IS IT SO STIPULATED:**

DATED this 11th day of July, 2017.  DATED this 11th day of July, 2017.

LAGOMARSINO LAW  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Andre M. Lagomarsino*  */s/ Dana B. Salmonson*

Andre M. Lagomarsino  Anthony L. Martin
Nevada Bar No. 6711  Nevada Bar No. 8177
3005 West Horizon Ridge Parkway  Dana B. Salmonson
Suite 241  Nevada Bar No. 11180
Henderson, NV 89052  Suite 1500
  3800 Howard Hughes Parkway
*Attorneys for Plaintiffs Sean Kennedy,*  Las Vegas, NV 89169
*Andrew Snider, Christopher Ward,*
*Randall Weston, and Ronald*  *Attorneys for Defendants Las Vegas*
*Williamson*  *Sands Corp. Sands Aviation, LLC, and*
  *Las Vegas Sands, LLC*

### ORDER

**IT IS SO ORDERED.** The hearing on Defendants' Motion to Strike Portions of Plaintiffs' Complaint will be rescheduled for ____August 11, 2017____ at __2:00__ _p_.m.

_____
UNITED STATES MAGISTRATE JUDGE

July 11, 2017

_____
Dated

2