# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SEAN KENNEDY, *et al.*, | |
| Plaintiffs, | |
| vs. | 2:17-cv-00880-JCM-VCF |
| LAS VEGAS SAND CORP., *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Plaintiffs' Motion to File a First Amended Complaint. (ECF No. 49).

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion to File a First Amended Complaint. (ECF No. 49) is scheduled for 2:00 PM, August 11, 2017, in Courtroom 3D.

DATED this 14th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE