UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN KENNEDY, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>LAS VEGAS SANDS CORP., et al.,<br><br>Defendant(s). | Case No. 2:17-CV-880 JCM (VCF)<br><br>ORDER |

Presently before the court is a motion to amend/correct complaint filed by plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston, and Ronald Williamson (collectively, as "plaintiffs"). (ECF No. 49). Defendant Sands Aviation, LLC has filed a non-opposition response. (ECF No. 52).

Federal Rule of Civil Procedure 15(a) provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The United States Supreme Court has interpreted Rule 15(a) and confirmed the liberal standard district courts must apply when granting such leave. In *Foman v. Davis*, the Supreme Court explained:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.—the leave sought should, as the rules require, be "freely given."

371 U.S. 178, 182 (1962).

In light of Rule 15's liberal standard and defendant's non-opposition (ECF No. 52), the court will grant plaintiffs' motion to amend/correct complaint (ECF No. 49). Plaintiffs have attached a proposed amended complaint to their motion in accordance with Local Rule 15-1(a),

**James C. Mahan**
**U.S. District Judge**

which provides that "the moving party shall attach the proposed amended pleading to any motion to amend . . . ." LR 15-1(a).

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion to amend/correct complaint (ECF No. 49) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall file, within seven (7) days from the entry of this order, a first amended complaint identical to that attached to their motion to amend (ECF No. 49-2).

IT IS FURTHER ORDERED that defendant's motion to strike (ECF No. 20) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing on defendant's motion to strike (ECF No. 20) set for August 11, 2017, at 2:00 p.m. be, and the same hereby is, VACATED.

DATED August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE