**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
T: (702) 383-2864
F: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*
*Randall Weston and Ronald Williamson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER; individual, CHRISTOPHER WARD; individual, RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company;<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANTS LAS VEGAS SANDS CORP.'S AND SANDS AVIATION, LLC'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF NO. 56)**<br>***(First Request)*** |

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiffs to file their Opposition to Defendants Las Vegas Sands Corp.'s and Sands Aviation, LLC's Motion to Strike Portions of Plaintiff's First Amended Complaint.

Plaintiffs' counsel has had an inordinately busy schedule in the weeks leading up to the deadline with matters such as an arbitration, a deposition, a mediation and other time-sensitive matters requiring immediate attention.

The original deadline is August 30, 2017. The new deadline will be September 13, 2017.

. . . .

. . . .

This extension is the first request and is not for purposes of delay.

DATED this 29th day of August, 2017.

**LAGOMARSINO LAW**

_/s/ Andre M. Lagomarsino_
Andre M. Lagomarsino, Esq. (#6711)
3005 West Horizon Ridge Parkway, Suite 241
Las Vegas, Nevada 89052
*Attorney for Plaintiffs Sean Kennedy,
Andrew Snider, Christopher Ward,
Randall Weston and Ronald Williamson*

DATED this 29th day of August, 2017.

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

_/s/ Anthony Martin_
Dana B. Salmonson, Esq. (#11180)
Anthony L. Martin, Esq. (#8177)
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendants Las Vegas Sands
Corp. and Sands Aviation, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
Dated: _____

August 29, 2017