# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SEAN KENNEDY, *et al.*,

    Plaintiffs,

vs.

LAS VEGAS SAND CORP., *et al.*,

    Defendants.

2:17-cv-00880-JCM-VCF

**ORDER**

    Before the Court is Defendants' Emergency Motion to Compel Responses to Written Discovery (ECF No. 71).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Defendants' Emergency Motion to Compel Responses to Written Discovery (ECF No. 71) must be filed on or before April 24, 2018. Any reply in support of Defendants' Emergency Motion to Compel Responses to Written Discovery (ECF No. 71) must be filed on or before May 1, 2018.

    IT IS FURTHER ORDERED that a hearing on Defendants' Emergency Motion to Compel Responses to Written Discovery (ECF No. 71) is scheduled for 2:00 PM, May 7, 2018, in Courtroom 3D.

    DATED this 17th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE