# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SEAN KENNEDY, *et al.*, | |
| Plaintiffs, | 2:17-cv-00880-JCM-VCF |
| vs. | **ORDER** |
| SANDS AVIATION, LLC, *et al.,* | |
| Defendants. | |

Before the Court are Plaintiffs' First Emergency Motion to Compel Defendant Sands Aviation's Responses to Written Discovery (ECF NO. 82) and Second Emergency Motion to Compel (ECF NO. 83).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiffs' First Emergency Motion to Compel Defendant Sands Aviation's Responses to Written Discovery (ECF NO. 82) and Second Emergency Motion to Compel (ECF NO. 83) must be filed on or before June 5, 2018. Any reply in support of Plaintiffs' First Emergency Motion to Compel Defendant Sands Aviation's Responses to Written Discovery (ECF NO. 82) and Second Emergency Motion to Compel (ECF NO. 83) must be filed on or before June 12, 2018.

IT IS FURTHER ORDERED that a hearing on Plaintiffs' First Emergency Motion to Compel Defendant Sands Aviation's Responses to Written Discovery (ECF NO. 82) and Second Emergency Motion to Compel (ECF NO. 83) is scheduled for 10:00 AM, June 20, 2018.

DATED this 29th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE