# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SEAN KENNEDY, *et al.*,

    Plaintiffs,

vs.

LAS VEGAS SANDS CORP., *et al.*,

    Defendants.

2:17-cv-00880-JCM-VCF

**ORDER**

EMERGENCY MOTION FOR PROTECTIVE ORDER [ECF NO. 95]

Before the Court is Defendants Sands Aviation, LLC and Las Vegas Sands Corp.'s Emergency Motion for Protective Order, Alternatively to Quash, Plaintiffs' Subpoena Issued to Non-Party The VanAllen Group, Inc. (ECF No. 95). Defendants seek resolution of a subpoena duces tecum with a response date of June 27, 2018. (*Id.* at 2).

Emergency motions must deal with "factual issues or legal questions that require a more urgent timeline than would apply in the ordinary course of motion practice." *United Nat. Ins. Co. v. Assurance Co. of Am.*, No. 2:10-CV-01086-JAD, 2014 WL 4960915, at \*1 (D. Nev. June 4, 2014). In this case, Defendants' motion can be briefed in the ordinary course. The non-party affected by the subpoena duces tecum served objections on Plaintiffs. (ECF No. 95-12). Under Federal Rule of Civil Procedure 45(d)(2), once objections have been made, the acts specified by the subpoena "may be required only as directed in the [Court's] order." The Court[1] has not yet issued an order compelling compliance with the subpoena duces tecum.

---

[1] It appears that this Court will be ruling on the issue, rather than the Northern District of Georgia. (ECF No. 95 at 8; ECF No. 95-12).

1

The Court recently directed the parties to submit an amended proposed discovery plan and scheduling order to adjust the discovery deadline and other dates in this case. (ECF No. 92). The parties can take the time needed to resolve the subpoena duces tecum dispute into account in their amended proposed discovery plan and scheduling order.

Good cause appearing,

IT IS ORDERED that Defendants' Emergency Motion for Protective Order, Alternatively to Quash, Plaintiffs' Subpoena Issued to Non-Party The VanAllen Group, Inc. (ECF No. 95) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that compliance with Plaintiffs' subpoena duces tecum is stayed pending resolution of Defendant's motion.

DATED this 25th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE