Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Las Vegas Sands Corp. and Sands Aviation, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company<br><br>Defendants. | CASE NO.:  2:17-cv-00880-JCM-VCF<br><br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CONFERENCE**<br><br><br>(*First Request*) |

Pursuant to LR 7-1 and LR IA 6-2, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court continue the Discovery Conference currently set for August 13, 2018 (ECF No. 109) in this matter to a future date and time.  Counsel for Defendants have prior, unmovable commitments on this date.  This Stipulation is the first request to continue the Discovery Conference.

As such, the parties stipulate to continue the Discovery Conference and submit the following dates that both parties are available for the Court's reference:

Tuesday, August 14, 2018 before 2:00 p.m.

Wednesday, August 22, 2018 after 12:00 p.m.

Thursday, August 23, 2018

This request is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 7th day of August, 2018.

LAGOMARSINO LAW

*/s/ Andre M. Lagomarsino*
Andre M. Lagomarsino
Nevada Bar No. 6711
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV 89052
*Attorneys for Plaintiffs*

JUSTINE A. HARRISON, CHTD.
Justine A. Harrison
Nevada Bar No. 9825
848 N. Rainbow Blvd., #1540
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

DATED this 7th day of August, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED. The Discovery Conference in this matter is continued to the 22nd day of August, 2018 at 2:00 PM in Courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 8th day of August, 2018.