**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com

**JUSTINE A. HARRISON, CHTD.**
Justine A. Harrison, Esq.
Nevada Bar No. 9825
848 N. Rainbow Blvd., #1540
Las Vegas, Nevada 89107
Telephone: (702) 720-4980
Facsimile: (702) 852-0983
jharrison@harrisoncounsel.com
*Attorneys for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*
*Randall Weston and Ronald Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, an individual; ANDREW SNIDER, an individual, CHRISTOPHER WARD, an individual; RANDALL WESTON, an individual; and RONALD WILLIAMSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company;<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES TO DEFENDANTS' MOTION TO EXCLUDE EXPERT STEVEN E. MARTIN (ECF NO. 125)**<br><br>*(First Request)* |

WHEREAS Defendants' filed a Motion to Exclude Expert Steven Martin on October 30, 2018 (ECF No. 125).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiffs to file their Response to Defendants' Motion to Exclude Expert Steven Martin (ECF No.

Page 1 of 3

125). The current deadline for Plaintiffs to respond to Defendants' Motion to Exclude Expert Steven Martin is November 13, 2018. The new deadline for Plaintiffs to file their Response to Defendants' Motion to Exclude Expert Steven Martin will be November 27, 2018.

The parties further stipulate to extend the deadline for Defendants to file their Reply in Support of their Motion to Exclude Expert Steven Martin. The current deadline for Defendants to file their Reply in Support of their Motion to Exclude Expert Steven Martin is December 4, 2018. The new deadline for Defendants to file their Reply in Support of their Motion to Exclude Expert Steven Martin will be December 11, 2018.

This extension is the first request and is not for purposes of delay but rather Plaintiffs' counsel has been conducting multiple depositions which have been scheduled for October 31, 2018; November 1, 2018; November 2, 2018; November 7, 2018; November 13, 2018; November 16, 2018; November 19, 2018; November 20, 2018; and November 27, 2018. Plaintiffs' counsel will also be out of town on November 9, 2018 through November 11, 20118; and November 16, 2018 through November 18, 2018. Further, Plaintiffs' counsel has extensive briefing due in another matter that is currently due on November 20, 2018 that has precluded him from allocating appropriate time to draft the responsive pleading.

/ / /

/ / /

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, Suite 241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

DATED this 12th day of November, 2018.

**LAGOMARSINO LAW**

_/s/ Andre M. Lagomarsino, Esq._
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com

JUSTINE A. HARRISON, CHTD.
Justine A. Harrison, Esq.
Nevada Bar No. 9825
848 N. Rainbow Blvd., #1540
Las Vegas, Nevada 89107
Telephone: (702) 720-4980
Facsimile: (702) 852-0983
jharrison@harrisoncounsel.com
*Attorneys for Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston and Ronald Williamson*

DATED this 12th day of November, 2018.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

_/s/ Dana Salmonson, Esq._
Dana B. Salmonson, Esq. (#11180)
Anthony L. Martin, Esq. (#8177)
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendants Las Vegas Sands Corp. and Sands Aviation, LLC*

*Sean Kennedy et al. vs Las Vegas Sands Corp. et al.*
*Case No.:* 2:17-cv-00880-JCM-VCF

**ORDER**

IT IS SO ORDERED.

_____
_ UNITED STATES MAGISTRATE JUDGE

Dated: 11-13-2018