1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Dana B. Salmonson
   Nevada Bar No. 11180
4  dana.salmonson@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
7  Las Vegas, NV  89169
   Telephone:  702.369.6800
8  Fax:  702.369.6888
   *Attorneys for Defendants*
9  *Sands Aviation, LLC and Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendants. | Case No.:  2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS'** ***EMERGENCY*** **MOTION TO STRIKE DEFENDANTS' THREE (3) DISPOSITIVE MOTIONS FOR FAILURE TO ABIDE BY PAGE LIMITS (ECF NO. 147)** |

Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston, and Ronald Williamson (collectively, "Plaintiffs") and Defendants Sands Aviation, LLC and Las Vegas Sands Corp. (collectively, "Defendants"), by and through their respective counsel of record, hereby submit this stipulation to withdraw Plaintiffs' Emergency Motion to Strike Defendants' Three (3) Dispositive Motions for Failure to Abide by Page Limits ("Emergency Motion to Strike").  (ECF No. 147.)

Plaintiffs filed their Emergency Motion to Strike on February 27, 2019, arguing that Defendants had exceeded the page limit by filing three (3) separate motions.  (ECF No. 147.)

1 Defendants filed their Opposition to the Motion to Strike on March 13, 2019 asserting that given
2 the five (5) individual plaintiffs and the two (2) defendants, they filed three (3) motions for
3 summary judgment on distinct legal issues as opposed to filing a motion as to each plaintiff. (ECF
4 No. 150.) Plaintiffs filed their Reply in support of their Motion to Strike on March 19, 2019.
5 (ECF No. 151.)

Thereafter, Plaintiffs' deadline to file their Oppositions to the Motions for Summary Judgment was April 1, 2019. On April 1, 2019, Plaintiffs filed the following: (1) Opposition to Defendants' Motion for Summary Judgment Regarding Joint Employment (ECF No. 154); (2) Appendix of Exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Regarding Joint Employment (ECF No. 155); (3) Opposition to Defendants' Motion for Summary Judgment Regarding Plaintiffs' Exempt Status (ECF No. 156); and (4) Appendix of Exhibits (Vol. I) to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Regarding Plaintiffs' Exempt Status (ECF No. 157.) However, the following documents were not filed until a few hours after midnight on April 2, 2019: (1) Appendix of Exhibits (Vol. II) to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Regarding Plaintiffs' Exempt Status (ECF No. 158); (2) Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Claim for Waiting Time (ECF No. 159); (3) Declaration of Andre Lagomarsino in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment of Plaintiffs' Claim for Waiting Time (ECF No. 160); and (4) Appendix of Exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment of Plaintiffs' Claim for Waiting Time (ECF No. 161).

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

In an effort to avoid additional motion practice on these issues, the parties have agreed that Plaintiffs will withdraw their Emergency Motion to Strike (ECF No. 147) and Defendants will not seek Court action related to Plaintiffs' late-filed Opposition and accompanying documents.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 11th day of April, 2019. | DATED this 11th day of April, 2019. |
| LAGOMARSINO LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Andre M. Lagomarsino* | /s/ *Dana B. Salmonson* |
| Andre M. Lagomarsino<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Parkway<br>Suite 241<br>Henderson, NV 89052<br>*Attorneys for Plaintiffs* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |
| Justine A. Harrison<br>JUSTINE A. HARRISON, CHTD.<br>Nevada Bar No. 9825<br>848 N. Rainbow Blvd., #1540<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiffs* | |

IT IS SO ORDERED.

**ORDER**

*/s/ James C. Mahan*
UNITED STATES DISTRICT COURT JUDGE

April 18, 2019
DATED

3