1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Dana B. Salmonson
   Nevada Bar No. 11180
4  dana.salmonson@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
7  Las Vegas, NV  89169
   Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendants*
   *Sands Aviation, LLC and Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendants. | Case No.:  2:17-cv-00880-JCM-VCF<br><br>**JOINT ERRATA TO STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS (ECF NOS. 140 AND 141)** |

Defendants Las Vegas Sands Corp. and Sands Aviation, LLC, (collectively referred to as "Defendants") and Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston, and Ronald Williamson (collectively referred to as "Plaintiffs"), by and through their respective undersigned counsel of record, hereby file this Errata to the parties' Stipulation and Order to Extend Deadlines for Dispositive Motions ("Stipulation") (ECF Nos. 140 and141).

. . .

. . .

This Errata corrects an inadvertent clerical mistake regarding the deadline to file reply briefs contained in ECF Nos. 140 and 141. The Stipulation currently has reply briefs due **Monday, May 1, 2019**. However, Monday is not May 1st. As indicated in the Stipulation, the parties' intent was to have all the briefing in this case due on a Monday. The correct date should have been Monday, May 6, 2019. Accordingly, this Errata is to correct the date of the reply brief from **Monday, May 1**, **2019** to **Monday, May 6**, **2019** pursuant to the parties' intent and to clarify any confusion as to the true due date.

DATED this 18th day of April, 2019.

LAGOMARSINO LAW

/s/ *Andre M. Lagomarsino*
Andre M. Lagomarsino
Nevada Bar No. 6711
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV 89052
*Attorneys for Plaintiffs*

Justine A. Harrison
JUSTINE A. HARRISON, CHTD.
Nevada Bar No. 9825
848 N. Rainbow Blvd., #1540
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

DATED this 18th day of April, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-18-2019

2