# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SEAN KENNEDY, *et al.*,

    Plaintiffs,

vs.

LAS VEGAS SAND CORP., *et al.*,

    Defendants.

2:17-cv-00880-JCM-VCF

**ORDER**

    Before the court is the Joint Request for a Status Conference with Magistrate Judge to Resolve Pre-Trial Order Deadline Dispute (ECF NO. 181).

    Accordingly,

    IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, July 1, 2019, in Courtroom 3D.

    DATED this 17th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE