Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants*
*Sands Aviation, LLC and Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON JOINT REQUEST FOR STATUS CONFERENCE WITH MAGISTRATE JUDGE TO RESOLVE PRE-TRIAL ORDER DEADLINE DISPUTE (ECF NO. 181)**<br><br>(*First Request*) |

Pursuant to LR 7-1 and LR IA 6-2, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court continue the Joint Request for a Status Conference with Magistrate Judge to Resolve Pre-Trial Order Deadline Dispute (ECF No. 181) currently set for July 1, 2019 (ECF No. 182) in this matter to a future date and time. Counsel for Defendants had an emergency on this date and was unable to appear. This Stipulation is the first request to continue the Status Conference.

As such, the parties stipulate to continue the Status Conference and submit the following

dates that both parties are available for the Court's reference:

- Tuesday, July 9, 2019;
- Thursday, July 11, 2019; and
- Friday, July 12, 2019 in the afternoon.

This request is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 2nd day of July, 2019.  DATED this 2nd day of July, 2019.

LAGOMARSINO LAW   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Andre M. Lagomarsino*   /s/ *Dana B. Salmonson*

Andre M. Lagomarsino   Anthony L. Martin
Nevada Bar No. 6711   Nevada Bar No. 8177
3005 W. Horizon Ridge Parkway   Dana B. Salmonson
Suite 241   Nevada Bar No. 11180
Henderson, NV 89052   Wells Fargo Tower
*Attorneys for Plaintiffs*   Suite 1500
  3800 Howard Hughes Parkway
Justine A. Harrison   Las Vegas, NV 89169
JUSTINE A. HARRISON, CHTD.   *Attorneys for Defendants*
Nevada Bar No. 9825
848 N. Rainbow Blvd., #1540
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED. The Status Conference in this matter is continued to the 12th day of July, 2019 at 1:00 PM, in Courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

July 2, 2019

_____
DATED

2