# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SEAN KENNEDY, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., *et al.*,<br><br>   Defendants. | 2:17-cv-00880-JCM-VCF<br>**ORDER** |

  Before the court is *Sean Kennedy, et al., v. Las Vegas Sand Corp., et al.*, case number 2:17-cv-00880-VCF. Judge Mahan has entered a decision on the motion for reconsideration. (ECF NO. 193).

  Accordingly,

  IT IS HEREBY ORDERED that a telephonic status hearing is scheduled for 10:00 AM, August 1, 2019.

  The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

  DATED this 25th day of July, 2019.

                        _____
                        CAM FERENBACH
                        UNITED STATES MAGISTRATE JUDGE