Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
50 W. Liberty Street, Suite 920
Reno, NV 89501
Telephone: 775.440.2372

Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800

Mary C. Dollarhide (*admitted pro hac vice*)
mary.dollarhide@dlapiper.com
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: 858.677.1400
*Attorneys for Defendant Venetian Casino Resort, LLC*

*Attorneys for Defendants*
*Sands Aviation, LLC and Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-00880-JCM-VCF<br><br>**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF ANTHONY L. MARTIN AND DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THIS COURT:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Pursuant to Local Rule IA 11-6, Counsel Anthony L. Martin and Dana B. Salmonson of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby request that they be removed from the instant action as attorneys of record for Defendants Sands Aviation, LLC and Las Vegas Sands Corp. (collectively, "Defendants"). This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendants will continue to be represented by Molly M. Rezac of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as well as Mary Dollarhide of DLA Piper LLP (*admitted pro hac vice*).

Counsel Anthony L. Martin and Dana B. Salmonson also respectfully request that they be removed from the CM/ECF filing notification in this matter.

DATED this 22nd day of August, 2019.

*/s/ Dana B. Salmonson*
Molly M. Rezac, Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 W. Liberty Street, Suite 920
Reno, NV 89501

Anthony L. Martin, Nevada Bar No. 8177
Dana B. Salmonson, Nevada Bar No. 11180
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

Mary Dollarhide (*admitted pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121

*Attorneys for Defendants Sands Aviation, LLC and Las Vegas Sands Corp.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-23-2019

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF ANTHONY L. MARTIN AND DANA B. SALMONSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andre M. Lagomarsino

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Andre M. Lagomarsino
Lagomarsino Law
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV 89052
*Attorney for Plaintiffs*

DATED this 22nd day of August, 2019.

*/s/ Brittany Manning*
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.