1  Mary C. Dollarhide (*admitted pro hac vice*)
   mary.dollarhide@us.dlapiper.com
2  DLA Piper LLP (US)
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121
   Telephone: 858.677.1400
4
   Betsey Boutelle (*admitted pro hac vice*)
5  betsey.boutelle@us.dlapiper.com
   DLA Piper LLP (US)
6  401 B Street, Suite 1700
   San Diego, CA 92101
7  Telephone: 619.699.2700

8  Molly M. Rezac
   Nevada Bar No. 7435
9  molly.rezac@ogletreedeakins.com
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 50 W. Liberty Street, Suite 920
   Reno, NV 89501
11 Telephone: 775.440.2372

12 *Attorneys for Defendants*
   *Sands Aviation, LLC and Las Vegas Sands Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SAND CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE (ECF NO. 191)** |

Pursuant to LR 7-1 and LR IA 6-2, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court vacate the Status Conference Before Magistrate Judge Ferenbach currently set for September 12, 2019 at 10:00 a.m. (ECF No. 191) in this matter.

On July 12, 2019, a Status Conference was held to discuss the pretrial order submission deadline. (ECF No. 191). At that hearing, the Court did not enter a pretrial order deadline as a

Motion for Reconsideration that could have been dispositive of all claims had been filed. Instead, the Court set another Status Conference for September 12, 2019. *Id.*

On July 22, 2019, the Court entered its Order Denying the Motion for Reconsideration. (ECF No. 193). On August 1, 2019, the Court held a telephonic Status Conference and set the Joint Pretrial Order deadline of December 6, 2019. (ECF No. 196).

As such, the parties believe that the purpose of the September 12, 2019 Status Conference to set the deadline for the Joint Pretrial Order has already been accomplished. Therefore, the parties respectfully stipulate and request that the Status Conference currently set for September 12, 2019 be vacated.

This request is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of September, 2019.   DATED this 6th day of September, 2019.

*/s/ Andre M. Lagomarsino*                 */s/ Molly M. Rezac*

Andre M. Lagomarsino                       Mary Dollarhide (*admitted pro hac vice*)
Nevada Bar No. 6711                        DLA PIPER LLP (US)
LAGOMARSINO LAW                            4365 Executive Drive, Suite 1100
3005 W. Horizon Ridge Parkway              San Diego, CA 92121
Suite 241
Henderson, NV 89052                        Betsey Boutelle (*admitted pro hac vice*)
*Attorneys for Plaintiffs*                 DLA Piper LLP (US)
                                           401 B Street, Suite 1700
                                           San Diego, CA 92101
                                           Telephone: 619.699.2700

                                           Molly M. Rezac
                                           Nevada Bar No. 7435
                                           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                           50 W. Liberty Street, Suite 920
                                           Reno, NV 89501

                                           *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
9-6-2019

_____
DATED

2