**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
*Attorney for Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward,*
*Randall Weston and Ronald Williamson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, an individual; ANDREW SNIDER, an individual, CHRISTOPHER WARD, an individual; RANDALL WESTON, an individual; and RONALD WILLIAMSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company;<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE AND RELATED DEADLINES**<br><br>*(First Request)* |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the current deadline to file the Joint Pretrial Order in the above-captioned case by ten (10) days, up to including December 16, 2019. This Stipulation is the first request to extend the joint pretrial order deadline in this case.

In support of this Stipulation, the parties have conducted a telephone conference and have further agreed on the following internal deadlines related to the joint pretrial order:

WHEREAS the parties have agreed on the following deadlines:

1) The parties are to exchange proposed exhibits on December 3, 2019.

2) The parties are to serve objections to proposed exhibits on December 9, 2019.

3) The parties will exchange language to be incorporated into the pretrial order on December 11, 2019.

4) The parties will conduct a telephone conference on December 12, 2019 to discuss final language to be incorporated into the pretrial order and any remaining issues. Should the parties not agree on the final language in the pretrial order, the parties have agreed to file individual pretrial orders.

5) The parties agree to identify potential deposition transcript designations of unavailable witnesses, parties and 30(b)(6) witnesses sixty (60) days before trial.

This extension is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED this 13 day of November, 2019.        DATED this 13 day of November, 2019.

LAGOMARSINO LAW                              DLA PIPER LLP (US)

/s/ Andre M. Lagomarsino                     /s/ Mary Dollarhide
Andre M. Lagomarsino, Esq. (#6711)           Mary Dollarhide, Esq. (*admitted pro hac vice*)
3005 West Horizon Ridge Parkway, Suite 241   4365 Executive Drive, Suite 1100
Henderson, Nevada 89052                      San Diego, California 92121
*Attorney for Plaintiffs Sean Kennedy,*
*Andrew Snider, Christopher Ward,*           Molly M. Rezac, Esq. (#7435)
*Randall Weston and Ronald Williamson*       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                             50 West Liberty Street, Suite 920
                                             Reno, Nevada 89501
                                             *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

   11-19-2019
_____
DATED