**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com
*Attorney for Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston and Ronald Williamson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, an individual; ANDREW SNIDER, an individual, CHRISTOPHER WARD, an individual; RANDALL WESTON, an individual; and RONALD WILLIAMSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company;<br><br>Defendants. | CASE NO.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE AND RELATED DEADLINES**<br><br>*(Second Request)* |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the current deadline to file the Joint Pretrial Order in the above-captioned case by thirty (30) days, up to including January 17, 2020. This Stipulation is the second request to extend the joint pretrial order deadline in this case.

The reason for the extension is as follows: (1) the parties have to sort through and analyze over thirty thousand (30,000) pages of documents to identify exhibits; (2) Plaintiff's counsel is involved in heavy briefing on a separate matter Farmer v. LVMPD, et al., Case No.: 2:18-cv-00860-GMN-VCF that will require him to draft four (4) to six (6) briefs in the next fifteen (15) days; (3) Plaintiff's counsel will have to respond to multiple dispositive motions filed in the same case after December 16, 2019; and (4) Plaintiff's counsel's office is short-staffed this week for the Thanksgiving Holiday (and exhibit exchanges are to take place after the holiday (12/3).

In support of this Stipulation, the parties have agreed on the following internal deadlines

related to the joint pretrial order:

WHEREAS the parties have agreed on the following deadlines:

1) The parties are to exchange proposed exhibits on January 6, 2020.

2) The parties are to serve objections to proposed exhibits on January 13, 2020.

3) The parties will exchange language to be incorporated into the pretrial order on January 15, 2020.

4) The parties will conduct a telephone conference on January 16, 2020 to discuss final language to be incorporated into the pretrial order and any remaining issues. Should the parties not agree on the final language in the pretrial order, the parties have agreed to file individual pretrial orders.

5) The parties agree to identify potential deposition transcript designations of unavailable witnesses, parties and 30(b)(6) witnesses sixty (60) days before trial.

6) The parties will file the Pre-Trial Order by January 17, 2020.

This extension is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 25th day of November, 2019. | DATED this 25th day of November, 2019. |
| LAGOMARSINO LAW | DLA PIPER LLP (US) |
| /s/ Andre Lagomarsino | /s/ Mary Dollarhide |
| Andre M. Lagomarsino, Esq. (#6711)<br>3005 West Horizon Ridge Parkway, Suite 241<br>Henderson, Nevada 89052<br>*Attorney for Plaintiffs Sean Kennedy,*<br>*Andrew Snider, Christopher Ward,*<br>*Randall Weston and Ronald Williamson* | Mary Dollarhide, Esq. (*admitted pro hac vice*)<br>Chelsea Mutual, Esq. (*admitted pro hac vice*)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
11-26-2019
_____
DATED