**DLA PIPER LLP**
MARY C. DOLLARHIDE (State Bar No. 138441),
*admitted pro hac vice*
mary.dollarhide@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, CA 82121
Tel, (858) 677-1429
Fax (858) 638-5119

BRIAN S. KAPLAN (New York Bar No. 2685725),
*admitted pro hac vice*
brian.kaplan@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, PC.**
Molly M. Rezac, Nev. Bar No. 7435
molly.rezac@ogletree.com
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone:  775.440.2372
Facsimile:  775.440.2376

*Attorneys for Defendants*

**LAGOMARSINO LAW**
Andre M Lagomarsino, Esq. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>　　　　　　Defendants. | CASE NO. 2:17-cv-00880-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY A WRIT OF ATTACHMENT AND LIEN SHOULD NOT ISSUE AND PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE WHY A WRIT OF ATTACHMENT AND LIEN SHOULD NOT ISSUE** |

Plaintiffs Sean Kennedy, Andrew Snider, Christopher Ward, Randall Weston and Ronald Williamson (collectively, "Plaintiffs") and Defendants Las Vegas Sands Corp. and Sands Aviation, LLC (collectively, "Defendants") hereby jointly stipulate as follows:

WHEREAS, on June 2, 2021, Plaintiffs filed a Motion for Order to Show Cause Why a Writ of Attachment and Lien Should Not Issue Against Defendant Las Vegas Sands Corps ("Writ of Attachment Motion") (Dkt. No. 228) and an Emergency Motion to Expedite Hearing on Plaintiff's Motion for an Order to Show Cause Why a Writ of Attachment and Lien Should Not Issue Against Defendant Las Vegas Sands Corps ("Emergency Motion") (Dkt No. 229);

WHEREAS, in Plaintiffs' Emergency Motion, Plaintiffs stated that they "request a hearing in July or August 2021 to ensure the Parties will have enough time to brief the matter, [and] the Court will have enough time to consider the same";

WHERAS, counsel for the Parties have since met and conferred regarding these motions, however they have not come to an agreement concerning resolution of the motions;

WHEREAS, Defendants' opposition papers to Plaintiffs' Writ of Attachment Motion and Emergency Motion are presently due Wednesday, June 16, 2021;

WHEREAS, having met and conferred, the Parties now jointly request to extend Defendants' time to respond to these two Motions by two weeks and Plaintiffs' time to file Reply motions by two weeks;

THEREFORE, the Parties respectfully request the Court approve the following briefing schedule:

- **June 30, 2021**: Defendants to file their oppositions to Plaintiffs' Writ of Attachment Motion and Plaintiffs' Emergency Motion;
- **July 21, 2021**: Plaintiffs to file their replies on their Writ of Attachment Motion and Plaintiffs' Emergency Motion;

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 15th day of June, 2021.                    Dated this 15th day of June, 2021.

LAGOMARSINO LAW                                       DLA PIPER LLP

*/s/ Andre M. Lagomarsino*                            */s/ Mary Dollarhide*
Andre M Lagomarsino, Esq. (#6711)                     Mary C. Dollarhide, *admitted pro hac vice*
3005 W. Horizon Ridge Pkwy., #241                     4365 Executive Drive, Suite 1100
Henderson, Nevada 89052                               San Diego, CA 82121
aml@lagomarsinolaw.com                                mary.dollarhide@us.dlapiper.com

*Attorney for Plaintiffs*                             Brian S. Kaplan, *admitted pro hac vice*
                                                      1251 Avenue of the Americas, 27th Floor
                                                      New York, NY 10020
                                                      brian.kaplan@us.dlapiper.com

                                                      OGLETREE, DEAKINS, NASH, SMOAK, &
                                                      STEWART, P.C.
                                                      Molly M. Rezac, Nev. Bar No. 7435
                                                      200 S. Virginia Street, 8th Floor
                                                      Reno, NV 89501
                                                      molly.rezac@ogletree.com

                                                      *Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Briefing Schedule on Plaintiffs' Writ of Attachment Motion and Plaintiffs' Emergency Motion is **GRANTED.**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 16, 2021