Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440-2372
Fax:  775.440.2376

Mary C. Dollarhide (*admitted pro hac vice*)
mary.dollarhide@dlapiper.com
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone:  858.677.1400

Betsey Boutelle (*admitted pro hac vice*)
betsey.boutelle@dlapiper.com
Chelsea N. Mutual (*admitted pro hac vice*)
chelsea.mutual@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619.699.2700

Brian Scott Kaplan (*admitted pro hac vice*)
brian.kaplan@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020
Telephone:  212.335.4500

*Attorneys for Defendants Sands Aviation, LLC and Las Vegas Sands Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>                    Defendants. | Case No.: 2:17-cv-00880-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>(*First Request*) |

Pursuant to LR 7-1 and LR IA 6-2, the parties hereto, by and through their respective counsel of record, hereby stipulate and request that this Court continue the hearing on Plaintiffs' Motion to Show Cause Why a Writ of Attachment and Lien Should Not Issue Against Defendant Las Vegas Sands Corp. currently set for September 9, 2021 at 11:00 a.m. (ECF No. 240) be continued to September 22, 2021 at ~~9:30 a.m.~~ 11:00 a.m. and be held in person. This is the parties' first request to continue the hearing.

This request is made in good faith and is not intended for purposes of delay.

IT IS SO STIPULATED.

DATED this 25th day of August, 2021.

LAGOMARSINO LAW

/s/ Andre M. Lagomarsino
Andre M. Lagomarsino
Nevada Bar No. 6711
3005 W. Horizon Ridge Parkway
Suite 241
Henderson, NV 89052
*Attorneys for Plaintiffs*

DATED this 25th day of August, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501

Mary C. Dollarhide
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121

Betsey Boutelle
Chelsea N. Mutual
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

Brian Scott Kaplan
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT COURT JUDGE

August 27, 2021
DATED

2