Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373

Mary C. Dollarhide (*admitted pro hac vice*)
mary.dollarhide@dlapiper.com
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone:  858.677.1400

Khesraw Karmand (*admitted pro hac vice*)
kash.karmand@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619.699.2700

Brian Scott Kaplan (*admitted pro hac vice*)
brian.kaplan@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020
Telephone:  212.335.4500

*Attorneys for Defendants Sands Aviation, LLC and*
*Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN KENNEDY, individual; ANDREW SNIDER, individual; CHRISTOPHER WARD, individual; RANDALL WESTON, individual; RONALD WILLIAMSON, individual, | Case No.:  2:17-cv-00880-JCM-VCF |
| Plaintiffs, | |
| vs. | **ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE WHY A WRIT OF ATTACHMENT AND LIEN SHOULD NOT ISSUE AGAINST LAS VEGAS SANDS CORP. (ECF NO. 228)** |
| LAS VEGAS SANDS CORP., a Domestic Corporation; and SANDS AVIATION, LLC, a Domestic Limited-Liability Company, | |
| Defendants. | |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775.440-2373

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775.440-2373

1    Presently before the Court are Plaintiffs' Motion for Order to Show Cause Why a Writ of

2  Attachment and Lien Should Not Issue Against Las Vegas Sands Corp. (ECF No. 228) ("Motion");

3  Defendants' Opposition to the Motion (ECF No. 235); Plaintiffs' Reply in Support of the Motion

4  (ECF No. 237); and Defendants' Notice of Recent Additional Factual Support to its Opposition to

5  the Motion (ECF No. 243).  The Court, having considered the parties' briefings and oral argument

6  from counsel at the September 22, 2021 hearing on the Motion, finds that Plaintiffs have failed to

7  provide sufficient evidence to support a writ of attachment and lien against Las Vegas Sands Corp.

8  and therefore denies the Motion without prejudice.

9    Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's

10  Motion be, and the same hereby is, DENIED, without prejudice.

11    DATED September 29, 2021.

13  UNITED STATES DISTRICT JUDGE

2