J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KENNEDY, an individual; ANDREW SNIDER, an individual; CHRISTOPHER WARD, an individual; RANDALL WESTON, an individual; and RONALD WILLIAMSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Domestic Corporation; SANDS AVIATION, LLC, a Domestic Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:17-cv-00880-APG-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

J. Cogburn Law hereby requests that attorney Erik W. Fox, Esq. be removed from the CM/ECF service list for this matter because he is no longer an employee of J. Cogburn Law and no longer counsel for Plaintiffs in this matter.

Dated this 6th day of June, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  6-6-2023  _____

J. COGBURN LAW

By: /s/Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of June, 2023.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*Katie Johnson*
An employee of J. Cogburn Law